# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| YUNUS ALPTEKIN, | Case No.: 26cv0714 DMS SBC |
|---|---|
| Petitioner, | **ORDER REQUIRING RESPONSE** |
| v. | |
| JEREMY CASEY, Warden, Imperial Regional Detention Facility; DANIELA BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TOD M. LYONS, Acting Director of Immigration and Customs Enforcement ("ICE"); KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAM BONDI, Attorney General of the United States, in their official capacities, | |
| Respondents. | |

On February 5, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Respondents shall file their response to the Petition on or before by **February 12, 2026**. Petitioner shall file his reply on or before **February 17, 2026**. Unless

26cv0714 DMS SBC

the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  February 5, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv0714 DMS SBC